IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) CR 15-74 |
| | ) |
| JOSEPH MONROE | ) |
| | ) |

**MEMORANDUM ORDER**

On June 15, 2016, Joseph Monroe ("Monroe") entered a guilty plea to Counts 1 and 2 of the Indictment charging him with a Hobbs Act Robbery and using, carrying, and brandishing a firearm during and in relation to a crime of violence. (ECF No. 51). This Court sentenced Monroe to a total term of imprisonment of 120 months at Counts 1 and 2 followed by a term of supervised release of 5 years. (ECF No. 66). Monroe then filed a *pro se* Motion seeking compassionate release pursuant to 18 U.S.C. § 3582. (ECF No. 78). Following briefing, this Court denied that Motion. (ECF No. 87). Monroe has filed a Motion for Reconsideration. (ECF No. 90). The Government has responded.

After careful consideration, the Motion is DENIED. Monroe has not met the standards required to succeed on a Motion for Reconsideration. There has been no intervening change of law. Further, Monroe has not demonstrated that the prior Order was premised on a clear error of law or fact which must be corrected in order to prevent manifest injustice. Finally, although Monroe proffers evidence which he contends is newly available and is supportive of his request, his allegations of rehabilitation do not warrant release. Additionally, for the reasons stated in this Court's prior Opinion,

Monroe's family circumstances do not warrant relief. Finally, his allegations regarding his physical and mental health do not support his request for relief.

Date: December 6, 2021

                                              BY THE COURT:

                                              */s/ Donetta W. Ambrose*

                                              Donetta W. Ambrose
                                              United States Senior District Judge