IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO. 15-74 |
| | ) |
| JOSEPH MONROE | ) |
| | ) |
| Defendant. | ) |

AMBROSE, United States Senior District Judge

**MEMORANDUM ORDER OF COURT**

On June 15, 2016, Defendant entered a guilty plea to Counts 1 and 2 of the Indictment charging him with a Hobbs Act Robbery and using, carrying, and brandishing a firearm during and in relation to a crime of violence. (ECF No. 51). This Court sentenced Defendant to a total term of imprisonment of 120 months at Counts 1 and 2 followed by a term of supervised release of 5 years. (ECF No. 66). Defendant filed a *pro se* Motion seeking compassionate release pursuant to 18 U.S.C. §3582. (ECF No. 78). Following briefing, this Court denied Defendant's Motion on July 27, 2021. (ECF No. 87). Defendant filed a Motion for Reconsideration. (ECF No. 90). After briefing, this court denied the Motion for Reconsideration on December 6, 2021. (ECF No. 94). On December 20, 2021, Defendant filed another Motion for Reconsideration (hereinafter referred to as "Second Motion for Reconsideration."). (ECF No. 95). To the extent that Defendant's Second Motion for Reconsideration crossed in the mail with this Court's December 6, 2021 Order, I will address the same.[1]

After careful consideration, the Second Motion for Reconsideration (ECF No. 95) is DENIED. I have considered the issues raised by Defendant. The supplemental information does not alter my opinion. Defendant still has not met the standards required to succeed on a

---

[1] I have not ordered another Response from the Government as I do not feel one is necessary.

Motion for Reconsideration. There has been no intervening change of law and Defendant has failed to demonstrate that the prior Order was premised on a clear error of law or fact which must be corrected to prevent manifest injustice. Although Defendant asserts alleged facts that he contends is supportive of his request, his allegation of rehabilitation do not warrant release. Additionally, for the reasons stated in this Court's July 27, 2021 Opinion and Order, Defendant's family circumstances do not warrant relief.

    THEREFORE, this 22nd day of December, 2021, Defendant's Second Motion for Reconsideration (ECF No. 95) is DENIED.

BY THE COURT:

_/s/ Donetta F. Ambrose_
_____
Donetta W. Ambrose
United States Senior District Judge